### (May 10, 1940.)

In the Matter of the Probate of the Last Will and Testament of MARIA SULLIVAN, Deceased.— Order affirmed, without costs of this appeal to either party. All concur. (The order denies contestant's motion to cancel a jury panel.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.